# **CRIMINAL MINUTES**

2:18-cr-173
USA v. Eric A. Zevely
(CUSTODY)

## **ARRAIGNMENT ON INDICTMENT**

Hearing held on Friday,  8/31/2018
10:00 A.M.
before Chief Judge Edmund A. Sargus, Jr.

For Govt: Heather Hill & Courter Shimeall

For Deft: Keith Yeazel

Court Reporter: Allison Kimmel

Courtroom Deputy: Christin Werner

    Defendant plead not guilty to the indictment.
    Trial scheduled for 11/5/2018 at 9:00 a.m.